**Jerry GRIFFIN, Plaintiff—Appellant,**

v.

**Officer WRIGHT; Officer Bennett; Officer Arrington; Randy Lee; Theodis Beck, Defendants—Appellees,**

**and**

**Department of Corrections, Defendant.**

No. 05–6767.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 26, 2006.

Decided: Jan. 30, 2006.

Jerry Griffin, Appellant Pro Se. Lisa Harper Graham, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM:

Jerry Griffin appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Griffin's motion to appoint counsel, grant his motion to amend his informal brief, and affirm on the reasoning of the district court. *See Griffin v. Wright*, No. CA–04–177–5–FL (E.D.N.C. Apr. 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*